Hali M. Anderson (State Bar No. 261816)
Monique R. Rodriguez (State Bar No. 304223)
GRAHAMHOLLIS APC
3555 Fifth Avenue, Suite 200
San Diego, CA 92103
Tel: (619) 692-0800-0800
Fax: (619) 692-0822
Email: handerson@grahamhollis.com
Email: mrodriguez@grahamhollis.com

Mia Farber (State Bar No. 131467)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
Email: Mia.Farber@jacksonlewis.com

Attorneys for Defendant
SUNBELT STAFFING, LLC

(*see additional counsel on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA RICHARDSON, as an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNBELT STAFFING, LLC, a Florida limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendant. | Case No. 2:25-cv-00403-DJC-JDP<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION RE AUTHENTICITY OF PLAINTIFF'S ARBITRATION AGREEMENT ELECTRONIC SIGNATURE; ORDER RE SUPPLEMENTAL BRIEFING**<br><br>State Court Case No.   24CV025550<br>State Complaint Filed: 09/19/2024<br>Trial Date:                       TBD |

Evan D. Beecher (State Bar No. 280364)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: Evan.Beecher@jacksonlewis.com

Sean M. Bothamley (State Bar No. 300100)
Veena Bhatia (State Bar No. 339939)
JACKSON LEWIS P.C.
160 W. Santa Clara, Suite 400
San Jose, California 95113
Telephone: (408) 579-0404
Facsimile: (408) 454-0290
Email: Sean.Bothamley@jacksonlewis.com
Email: Veena.Bhatia@jacksonlewis.com

Attorneys for Defendant
SUNBELT STAFFING, LLC

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff REBECCA RICHARDSON ("Plaintiff") and Defendant SUNBELT STAFFING LLC ("Defendant") hereby (collectively, "Parties"), by and through their respective counsel of record, hereby enter into the following stipulation:

WHEREAS, on March 28, 2025, Defendant filed a Motion to Compel Arbitration, Dismiss Class Claims, and Stay Litigation [Dkt. 5] on the grounds that Plaintiff entered into a Voluntary Dispute Resolution and Arbitration Agreement for Consultants ("Arbitration Agreement") that required her claims be resolved exclusively through binding arbitration on an individual basis;

WHEREAS, on April 11, 2025, Plaintiff filed an Opposition [Dkt. 7] to Defendant's Motion to Compel Arbitration, Dismiss Class Claims, and Stay Litigation which, among other things, contested the validity and authenticity of Plaintiff's electronic signature on the Arbitration Agreement;

WHEREAS, on May 15, 2025, the Court held a Hearing on Defendant's Motion and, after oral argument, Ordered [Dkt. 9] Defendant to file a sur-reply and supplemental declaration as to the issue of validity and authenticity of Plaintiff's electronic signature on the Arbitration Agreement within twenty-one (21) days, and for Plaintiff to file a response and supplemental declaration within fourteen (14) days thereafter;

WHEREAS, from May 27, 2025, through June 3, 2025, the Parties, by and through their counsel, have engaged in extensive meet and confer discussions, sharing additional evidence and argument as to the issue of validity and authenticity of Plaintiff's electronic signature on the Arbitration Agreement;

WHEREAS, on June 4, 2025, based on the information Defendant had provided to Plaintiff during the Parties' meet and confer discussions, Plaintiff agreed to stipulate to the authenticity of Plaintiff's electronic signature on the Arbitration Agreement;

/ / /

/ / /

WHEREFORE, in an attempt to resolve disputes as to the validity and authenticity of Plaintiff's electronic signature on the Arbitration Agreement expeditiously and without the unnecessary expenditure of further judicial and party resources, the Parties hereby STIPULATE as follows:

1. That Defendant sent the Arbitration Agreement to Plaintiff on August 1, 2024, to Plaintiff's Able Talent Platform account within a packet of documents collectively presented to her as the "Sunbelt Education-Offer Package—California," which contained the documents attached hereto as **Exhibit A**; and

2. That Plaintiff's August 2, 2024, electronic signature on the Arbitration Agreement in **Exhibit A**, and as presented to the Court as Exhibit A to the Declaration of Nikole Paul [Dkt. 5-3], is valid and authentic.

**IT IS SO STIPULATED.**

Dated:  June 6, 2025                    GRAHAMHOLLIS APC

By: ____/s/ Monique R. Rodriguez_____
Hali M. Anderson
Monique R. Rodriguez
Attorneys for Plaintiff
REBECCA RICHARDSON

Dated:  June 6, 2025                    JACKSON LEWIS P.C.

By: ____/s/ Sean M. Bothamley_____
Mia Farber
Sean M. Bothamley
Evan D. Beecher
Veena Bhatia
Attorneys for Defendant
SUNBELT STAFFING, LLC

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation re Authenticity of Plaintiff's Arbitration Agreement Electronic Signature, ORDERS as follows:

The Court's Order [Dkt. 9] is rescinded and Defendant's Motion to Compel Arbitration, Dismiss Class Claims, and Stay Litigation [Dkt. 5] is taken under submission without additional supplemental declarations or sur-reply briefing.

IT IS SO ORDERED.

Dated: June 6, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE