GRAHAM**HOLLIS** APC
Hali M. Anderson (SBN 261816)
handerson@grahamhollis.com
Monique R. Rodriguez (SBN 304223)
mrodriguez@grahamhollis.com
3555 Fifth Avenue Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff
Rebecca Richardson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA RICHARDSON, as an individual, on behalf of herself, and all persons similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>SUNBELT STAFFING, LLC, a Florida limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:   2:25-cv-00403-DJC-JDP<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON**<br><br>Complaint Filed: December 16, 2024<br>Removal Date: January 29, 2025<br>Trial Date: None set |

Plaintiff Rebecca Richardson ("Plaintiff") and Defendant Sunbelt Staffing, LLC ("Defendant) (together, the "Parties") submit this Joint Stipulation for Dismissal With Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

WHEREAS, Plaintiff filed a class action in the Sacramento County Superior Court on December 16, 2024.

WHEREAS, Defendant removed the action to the Eastern District of California on January 29, 2025.

WHEREAS, Defendant filed a motion to compel arbitration [Dkt. 5], Plaintiff opposed the motion [Dkt. 7], and on June 18, 2025 this Court issued an order

1  granting the motion to compel Plaintiff's individual claims to arbitration and
2  dismissing the class claims [Dkt. 12].

3      WHEREAS, the Parties have agreed to resolve Plaintiff's individual claims.

4      WHEREAS, pursuant to the Parties' Settlement Agreement and General
5  Release, Plaintiff has agreed to dismiss this action with prejudice.

6      WHEREAS, this stipulation and dismissal completely terminates the above-
7  entitled action against all parties.

8      THEREFORE, the Parties' stipulate and agree as follows:

9      1. *Rebecca Richardson v. Sunbelt Staffing, LLC*, United States District Court, Eastern District of California, case number 2:25-cv-00403-DJC-JDP will be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorneys' fees and costs, except as provided under the Parties' Settlement Agreement and General Release; and

15      2. The Clerk will close the file.

                Respectfully submitted,

Dated: October 7, 2025          GRAHAM**HOLLIS** APC

                By: /s/ Monique R. Rodriguez
                HALI M. ANDERSON
                MONIQUE R. RODRIGUEZ
                Attorneys for Plaintiff
                Rebecca Richardson

Dated: October 7, 2025          JACKSON LEWIS P.C.

                By: /s/ Sean M. Bothamley (as authorized on October 7, 2025)
                MIA FARBER
                SEAN M. BOTHAMLEY
                EVAN D. BEECHER
                VEENA BHATIA
                Attorneys for Defendant
                Sunbelt Staffing, LLC

GRAHAMHOLLIS APC
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation for Dismissal With Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, ORDERS as follows:

1. *Rebecca Richardson v. Sunbelt Staffing, LLC*, United States District Court, Eastern District of California, case number 2:25-cv-00403-DJC-JDP shall be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorneys' fees and costs, except as provided under the Parties' Settlement Agreement and General Release; and

2. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  October 7, 2025                /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE